

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JAMES L. BLOCK, | § | No. 08-14-00022-CR |
| Appellant, | § | Appeal from |
| v. | § | 282nd District Court |
| THE STATE OF TEXAS, | § | of Rockwall County, Texas |
| Appellee. | § | (TC # 2-13-335) |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF MARCH, 2015.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.